IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CASE NO. 1:17-bk-00913-RNO
:
DANIEL J. BAER :
    Debtor : CHAPTER 13
:

### Change of Address of Creditor

Previous Address:

Franklin County Tax Services
2 N Main Street
Chambersburg, PA 17201

THE UPDATED ADDRESS IS:

Franklin County Tax Claim Bureau
2 N Main Street
Chambersburg, PA 17201


__/s/ Johanna H. Rehkamp, Esquire__     __9/19/17__
**Signature of Debtor or Debtor's Attorney**     **Date**