IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CASE NO. 1:17-bk-00913-RNO
:
DANIEL J. BAER :
    Debtor : CHAPTER 13
:

Change of Address of Creditor

Previous Address:

Valley Credit Service
PO Box 1070
Hagerstown, MD 21741

THE UPDATED ADDRESS IS:

Valley Credit Services
12907 Oak Hill Ave # 3
Hagerstown, MD 21742

__/s/ Johanna H. Rehkamp, Esquire_____  __10/3/17_____
Signature of Debtor or Debtor's Attorney    Date