**LOCAL BANKRUPTCY FORM 5071-1**
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE, DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Daniel J. Baer a/k/a Baer's Buses, Grocery & Repair<br>    Debtor. | CHAPTER 13<br><br>BANKRUPTCY NO. 17-00913/RNO |
| Carrington Mortgage Services, LLC as servicer for Wells Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust, Series 2007-RFC1, Asset-Backed Pass-Through Certificates<br>    Plaintiff(s)/Movant(s) | ADVERSARY NO. __ - ___ -ap- _____<br>**(If applicable)**<br><br>Nature of Proceeding: Motion for Relief |
| vs. | Pleading: Motion for Relief<br><br>Document # 70 and 92 |
| Daniel J. Baer a/k/a Baer's Buses, Grocery & Repair<br>    Debtor/Respondent | |

**REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE**

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance[2].
Reason for the continuance.

Please continue the MFR hearing until November 1, 2017 so that this matter can be heard at the same time as the Confirmation hearing.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

                                                               Respectfully submitted,

Dated: October 6, 2017                           BY:/s/ Kevin S. Frankel
                                                               Kevin S. Frankel, Esquire
                                                                Shapiro & DeNardo, LLC
                                                                3600 Horizon Drive, Suite 150
                                                                King of Prussia, PA 19406
                                                                (610)278-6800/ fax (847) 954-4809
S&D File #:15-051512                        PA BAR ID #318323
                                                                pabk@logs.com