```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                     Case No. 17-00913-RNO
Daniel J Baer                                              Chapter 13
        Debtor
                        **CERTIFICATE OF NOTICE**

District/off: 0314-1         User: CGambini        Page 1 of 1        Date Rcvd: Oct 20, 2017
                             Form ID: ntcltrdb      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 22, 2017.
4894324          +Franklin County Tax Claim Bureau,   2 N Main Street,   Chambersburg, PA 17201-1811

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2017                          Signature:  _/s/Joseph Speetjens_

_____

                    **CM/ECF NOTICE OF ELECTRONIC FILING**


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          D Brian Simpson    on behalf of Creditor    Internal Revenue Service
           USAPAM.Bankr-WilkesBarre@usdoj.gov,  CaseView.ECF@usdoj.gov
          James  Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, not Individually but as Trustee for Ventures Trust 2013-I-H-R, A Delaware Trust
           bkgroup@kmllawgroup.com
          Johanna Hill Rehkamp    on behalf of Debtor 1 Daniel J Baer jhr@cclawpc.com,
           jlaughman@cclawpc.com;jbartley@cclawpc.com
          Kevin S Frankel    on behalf of Creditor    Carrington Mortgage Services, LLC as servicer for Wells
           Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust, Series 2007-RFC1, Asset-Backed
           Pass-Through Certificates pa-bk@logs.com
          Kristen D Little    on behalf of Creditor    Carrington Mortgage Services, LLC as servicer for
           Wells Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust, Series 2007-RFC1,
           Asset-Backed Pass-Through Certificates pabk@logs.com
          Robert E Chernicoff    on behalf of Debtor 1 Daniel J Baer rec@cclawpc.com,
           jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William F. Colby, Jr.    on behalf of Creditor c/o William F. Colby  Select Associates, L.P.
           wcolby@barley.com,  kneumann@barley.com
                                                              TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Daniel J Baer<br>aka Baer's Buses, Grocery & Repair, aka Daniel J Baer<br>Debtor(s) | Chapter | 13 |
| | Case No. | 1:17–bk–00913–RNO |

## Notice

NOTICE is hereby given that:

Pursuant to F.R.B.P. 3004, a proof of claim (#25) has been filed by the Debtor on behalf of Franklin County Tax Claim Bureau in the amount of $720.50.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: October 20, 2017 |