```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                              Case No. 17-00913-RNO
Daniel J Baer                                                       Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1    User: CGambini    Page 1 of 1    Date Rcvd: Oct 20, 2017
                   Form ID: ntcltrdb    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2017.
```
4894324        +Franklin County Tax Claim Bureau,   2 N Main Street,   Chambersburg, PA 17201-1811
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              D Brian Simpson    on behalf of Creditor    Internal Revenue Service
               USAPAM.Bankr-WilkesBarre@usdoj.gov, CaseView.ECF@usdoj.gov
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not Individually but as Trustee for Ventures Trust 2013-I-H-R, A Delaware Trust
               bkgroup@kmllawgroup.com
              Johanna Hill Rehkamp    on behalf of Debtor 1 Daniel J Baer jhr@cclawpc.com,
               jlaughman@cclawpc.com;jbartley@cclawpc.com
              Kevin S Frankel    on behalf of Creditor    Carrington Mortgage Services, LLC as servicer for Wells
               Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust, Series 2007-RFC1, Asset-Backed
               Pass-Through Certificates pa-bk@logs.com
              Kristen D Little    on behalf of Creditor    Carrington Mortgage Services, LLC as servicer for
               Wells Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust, Series 2007-RFC1,
               Asset-Backed Pass-Through Certificates pabk@logs.com
              Robert E Chernicoff    on behalf of Debtor 1 Daniel J Baer rec@cclawpc.com,
               jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William F. Colby, Jr.    on behalf of Creditor c/o William F. Colby  Select Associates, L.P.
               wcolby@barley.com, kneumann@barley.com
                                                                                             TOTAL: 9
```

ntcltrdb 05/13

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Daniel J Baer aka Baer's Buses, Grocery & Repair, aka Daniel J Baer Debtor(s) | Chapter Case No. | 13 1:17−bk−00913−RNO |

## Notice

NOTICE is hereby given that:

Pursuant to F.R.B.P. 3004, a proof of claim (#28) has been filed by the Debtor on behalf of Franklin County Tax Claim Bureau in the amount of $211.16.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CGambini, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: October 20, 2017 |