In re:  
Daniel J Baer  
      Debtor

Case No. 17-00913-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: REshelman     Page 1 of 1     Date Rcvd: Oct 31, 2017  
                         Form ID: pdf010     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2017.  
db     +Daniel J Baer, 162 S Carlisle Street, Greencastle, PA 17225-1572  
cr     +Carrington Mortgage Services, LLC as servicer for, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5948

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2017                              Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2017 at the address(es) listed below:

       Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com  
       D Brian Simpson    on behalf of Creditor    Internal Revenue Service    USAPAM.Bankr-WilkesBarre@usdoj.gov, CaseView.ECF@usdoj.gov  
       James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not Individually but as Trustee for Ventures Trust 2013-I-H-R, A Delaware Trust    bkgroup@kmllawgroup.com  
       Johanna Hill Rehkamp    on behalf of Debtor 1 Daniel J Baer jhr@cclawpc.com, jlaughman@cclawpc.com;jbartley@cclawpc.com  
       Kevin S Frankel    on behalf of Creditor    Carrington Mortgage Services, LLC as servicer for Wells Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust, Series 2007-RFC1, Asset-Backed Pass-Through Certificates pa-bk@logs.com  
       Kristen D Little    on behalf of Creditor    Carrington Mortgage Services, LLC as servicer for Wells Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust, Series 2007-RFC1, Asset-Backed Pass-Through Certificates pabk@logs.com  
       Robert E Chernicoff    on behalf of Debtor 1 Daniel J Baer rec@cclawpc.com, jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com  
       United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
       William F. Colby, Jr.    on behalf of Creditor c/o William F. Colby    Select Associates, L.P.    wcolby@barley.com, kneumann@barley.com

                                                                                          TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Daniel J. Baer a/k/a Baer's Buses, Grocery & Repair<br>    Debtor. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER 17-00913/RNO |
| Carrington Mortgage Services, LLC as servicer for Wells Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust, Series 2007-RFC1, Asset-Backed Pass-Through Certificates<br>    Movant,<br>v.<br>Daniel J. Baer a/k/a Baer's Buses, Grocery & Repair<br>    Debtor,<br>Charles J. DeHart, III, Trustee,<br>    Additional Respondent(s). | 11 U.S.C. § 362 |

**O R D E R**

AND NOW, at the Middle District of Pennsylvania, upon the consideration of the Motion of Movant to continue the hearing scheduled for November 1, 2017 (the "Motion"), and for good cause shown, it is

ORDERED AND DECREED that the hearing scheduled for November 1, 2017 is continued to December 14, 2017 at 10:00 AM at 3rd & Walnut Sts, Bankruptcy Courtroom (3rd Fl), Ronald Reagan Federal Building, Harrisburg, Pennsylvania; it is

FURTHER ORDERED that the automatic stay shall remain in effect until the conclusion of the continued hearing.

By the Court,

_Robert N. Opel, II, Chief Bankruptcy Judge_
(DG)

Dated: October 31, 2017