UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Daniel J. Baer a/k/a Baer's Buses, Grocery & Repair, | : : | Bankruptcy Case No. 17-00913-RNO |
| Debtor. | : : | |
| Carrington Mortgage Services, LLC as Servicer for Wells Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust, Series 2007-RFC1, Asset-Backed Pass-Through Certificates, | : : : : : | 11 U.S.C. § 362 |
| Movant, | : : | |
| v. | : : | |
| Daniel J. Baer a/k/a Baer's Buses, Grocery & Repair, | : : | |
| Respondent. | : : | |
| Charles J. DeHart, III, Trustee, | : | |
| Additional Respondent. | : | |

**WITHDRAWAL OF DEBTOR'S ANSWER TO MOTION OF CARRINGTON MORTGAGE SERVICES, LLC AS SERVICER FOR WELLS FARGO, N.A., AS TRUSTEE FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2007-RFC1, ASSET-BACKED PASS-THROUGH CERTIFICATES FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362(d)**

TO THE CLERK OF COURTS:

Please mark the Debtor's Answer to Motion of Carrington Mortgage Services, LLC as Servicer for Wells Fargo, N.A., as Trustee for Carrington Mortgage Loan Trust, Series 2007-RFC1, Asset-Backed Pass-Through Certificates for Relief from the Automatic Stay Under Section 362(d) as withdrawn.

1

Respectfully submitted,

CUNNINGHAM, CHERNICOFF & WARSHAWSKY, P.C.

December 12, 2017

By: /s/ Johanna H. Rehkamp
Johanna H. Rehkamp, Esquire
2320 North Second Street
P. O. Box 60457
Harrisburg, PA 17106-0457

2