In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 17-00913-RNO
Daniel J Baer　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1　　　　User: REshelman　　　　Page 1 of 1　　　　Date Rcvd: Dec 13, 2017
　　　　　　　　　　　　　　Form ID: trc　　　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2017.
　NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4905592　　　　E-mail/PDF: cbp@onemainfinancial.com Dec 13 2017 19:00:23　　　ONEMAIN,　PO BOX 3251,
　　　　　　　EVANSVILLE, IN. 47731-3251
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1

　　　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2017　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2017 at the address(es) listed below:
　　　　　　Charles J DeHart, III (Trustee)　　dehartstaff@pamd13trustee.com,　TWecf@pamd13trustee.com
　　　　　　D Brian Simpson　　on behalf of Creditor　　Internal Revenue Service
　　　　　　 USAPAM.Bankr-WilkesBarre@usdoj.gov,　CaseView.ECF@usdoj.gov
　　　　　　James Warmbrodt　　on behalf of Creditor　　Wilmington Savings Fund Society, FSB, d/b/a Christiana
　　　　　　 Trust, not Individually but as Trustee for Ventures Trust 2013-I-H-R, A Delaware Trust
　　　　　　 bkgroup@kmllawgroup.com
　　　　　　Johanna Hill Rehkamp　　on behalf of Debtor 1 Daniel J Baer jhr@cclawpc.com,
　　　　　　 jlaughman@cclawpc.com;jbartley@cclawpc.com
　　　　　　Kevin S Frankel　　on behalf of Creditor　　Carrington Mortgage Services, LLC as servicer for Wells
　　　　　　 Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust, Series 2007-RFC1, Asset-Backed
　　　　　　 Pass-Through Certificates pa-bk@logs.com
　　　　　　Kristen D Little　　on behalf of Creditor　　Carrington Mortgage Services, LLC as servicer for
　　　　　　 Wells Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust, Series 2007-RFC1,
　　　　　　 Asset-Backed Pass-Through Certificates pabk@logs.com
　　　　　　Robert E Chernicoff　　on behalf of Debtor 1 Daniel J Baer rec@cclawpc.com,
　　　　　　 jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
　　　　　　United States Trustee　　ustpregion03.ha.ecf@usdoj.gov
　　　　　　William F. Colby, Jr.　　on behalf of Creditor c/o William F. Colby　Select Associates, L.P.
　　　　　　 wcolby@barley.com,　kneumann@barley.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:17-bk-00913-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Daniel J Baer
162 S Carlisle Street
Greencastle PA 17225

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/12/2017.

Name and Address of Alleged Transferor(s):

Claim No. 7: ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541
Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 12/15/17

Terrence S. Miller
**CLERK OF THE COURT**