# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA
### HARRISBURG DIVISION

IN RE:  
Daniel Baer,  
Debtor  
_____/

CASE NO.: 17-bk-00913-RNO  
CHAPTER 13

## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR HILLDALE TRUST ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CITRON, LLC**  
**BANKRUPTCY DEPARTMENT**  
**130 CLINTON ROAD, SUITE 202**  
**FAIRFIELD, NJ 07004**

RAS Citron, LLC  
Authorized Agent for Secured Creditor  
130 Clinton Road, Suite 202  
Fairfield, NJ 07004  
Telephone: 973-575-0707  
Facsimile: 973-404-8886  
By: /s/Kevin Buttery  
Kevin Buttery, Esquire  
Email: kbuttery@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 19, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

ROBERT E CHERNICOFF
CUNNINGHAM AND CHERNICOFF PC
2320 NORTH SECOND STREET
HARRISBURG, PA 17110

DANIEL J BAER
162 S CARLISLE STREET
GREENCASTLE, PA 17225

CHARLES J DEHART, III (TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101

                                    RAS Citron, LLC
                                    Authorized Agent for Secured Creditor
                                    130 Clinton Road, Suite 202
                                    Fairfield, NJ 07004
                                    Telephone: 973-575-0707
                                    Facsimile: 973-404-8886
                                    By: /s/Kevin Buttery
                                    Kevin Buttery, Esquire
                                    Email: kbuttery@rascrane.com

18-165517 - KeB
Baer, Daniel
Request for Service
Page 2

Case 1:17-bk-00913-RNO    Doc 142    Filed 04/19/18    Entered 04/19/18 17:33:37    Desc
Page 2 of 2