UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:                                            CASE NO.: 1:17-bk-00913-RNO
                                                           CHAPTER 13

**Daniel J Baer**
**aka Baer's Buses, Grocery & Repair**
**aka Daniel J Baer ,**

   **Debtor.**

_____/

## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR HILLDALE TRUST ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CRANE, LLC**
**BANKRUPTCY DEPARTMENT**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170**
**DULUTH, GA 30097**

                                         RAS Crane, LLC
                                         Authorized Agent for Secured Creditor
                                         10700 Abbott's Bridge Road, Suite 170
                                         Duluth, GA 30097
                                         Telephone: 470-321-7112
                                         Facsimile: 404-393-1425
                                         By: /s/Cristina DiGiannantonio
                                         Cristina DiGiannantonio
                                         Email: cdigiannantonio@rascrane.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 18, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

ROBERT E. CHERNICOFF
CUNNINGHAM AND CHERNICOFF PC
2320 NORTH SECOND STREET
HARRISBURG, PA 17110

CHARLES J DEHART, III
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

DANIEL J BAER
162 S CARLISLE ST
GREENCASTLE, PA 17225

          RAS Crane, LLC
          Authorized Agent for Secured Creditor
          10700 Abbott's Bridge Road, Suite 170
          Duluth, GA 30097
          Telephone: 470-321-7112
          Facsimile: 404-393-1425
          By: /s/Cristina DiGiannantonio
          Cristina DiGiannantonio
          Email: cdigiannantonio@rascrane.com