LOCAL BANKRUPTCY FORM 9013-3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Daniel J. Baer
aka Baer's Buses, Grocery & Repair

Debtor(s)

Plaintiff(s)/Movant(s)
vs.

Defendant(s)/Respondent(s)

CHAPTER 13

CASE NO. 1-17-bk-00913-HWV

ADVERSARY NO. __-__-ap-_____
(if applicable)

Nature of Proceeding: Application to Approve Employment of Consultant

Document #: 179

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.
Sale of real estate necesary to fund application will not close before the hearing scheduled for September 24, 2019. Parties request a rescheduled hearing for October 29, 2019.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 9/6/19

/s/ James K. Jones

Attorney for Trustee
Name: James K. Jones
Phone Number: 717-566-6097 x-123

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.