IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| | : |
| DANIEL J. BAER | : CASE NO. 1:17-bk-00913-HWV |
|     Debtor | : |

**Change of Address of Debtor**

Previous Address:

Daniel J Baer
162 S Carlisle Street
Greencastle, PA 17225

THE UPDATED ADDRESS IS:

Daniel J Baer
14754 Ridge Road
Waynesboro, PA 17268

__/s/ Johanna H. Rehkamp, Esquire_____     __11/11/2019
Signature of Debtor or Debtor's Attorney                       Date