```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                          Case No. 17-00913-HWV
Daniel J Baer                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: RyanEshel           Page 1 of 1           Date Rcvd: Nov 13, 2019
                              Form ID: pdf010           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2019.
            +Iron Valley Real Estate of Waynesboro,    47 West Main Street,    Waynesboro, PA 17268-1555

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              D Brian Simpson    on behalf of Creditor    Internal Revenue Service d.brian.simpson@usdoj.gov,
               jennifer.sbert@usdoj.gov
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not Individually but as Trustee for Ventures Trust 2013-I-H-R, A Delaware Trust
               bkgroup@kmllawgroup.com
              Johanna Hill Rehkamp    on behalf of Debtor 1 Daniel J Baer jhr@cclawpc.com,
               jlaughman@cclawpc.com;jbartley@cclawpc.com
              Joseph P Schalk    on behalf of Creditor c/o William F. Colby  Select Associates, L.P.
               jschalk@barley.com,  sromig@barley.com
              Kevin Buttery    on behalf of Creditor    Wilmington Savings Fund Society, FSB,
               kbuttery@rascrane.com
              Kevin S Frankel    on behalf of Creditor    Carrington Mortgage Services, LLC as servicer for Wells
               Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust, Series 2007-RFC1, Asset-Backed
               Pass-Through Certificates pa-bk@logs.com
              Kristen D Little    on behalf of Creditor    Carrington Mortgage Services, LLC as servicer for
               Wells Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust, Series 2007-RFC1,
               Asset-Backed Pass-Through Certificates pabk@logs.com
              Lauren Berschler Karl    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not Individually but as Trustee for Ventures Trust 2013-I-H-R, A Delaware
               Trust lkarl@rascrane.com,  lbkarl03@yahoo.com
              Lauren Berschler Karl    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Hilldale Trust lkarl@rascrane.com,
               lbkarl03@yahoo.com
              Robert E Chernicoff    on behalf of Debtor 1 Daniel J Baer rec@cclawpc.com,
               jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William F. Colby, Jr.    on behalf of Creditor c/o William F. Colby  Select Associates, L.P.
               wcolby@barley.com,  kneumann@barley.com
                                                                                               TOTAL: 13

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : CASE NO. 1-17-bk-00913-HWV |
| DANIEL J. BAER aka | : |
| BAER'S BUSES, GROCERY & | : |
| REPAIR | : |
| Debtor | : CHAPTER 13 |

## ORDER APPROVING EMPLOYMENT
## OF A REAL ESTATE BROKER

The Amended Application of Daniel J. Baer, the above-named Debtor, praying for approval of his engagement of Iron Valley Real Estate of Waynesboro as real estate broker with respect to the sale of multiple real properties located in Franklin County, Pennsylvania, having come this day before the Court, and it appearing that Iron Valley Real Estate of Waynesboro is a licensed real estate broker qualified to cause sales for real estate to be entered into in the Commonwealth of Pennsylvania, and it appearing that the engagement of Iron Valley Real Estate of Waynesboro as a real estate broker with respect to the real estate of the Debtor is necessary and would be in the best interest of the estate, it is

**HEREBY ORDERED** that the engagement by Daniel J. Baer of Iron Valley Real Estate of Waynesboro, as real estate broker, with respect to the sale of multiple real properties located in Franklin County, Pennsylvania, upon the terms and conditions of the Listing Agreement entered into by the Debtor and by Iron Valley Real Estate of Waynesboro, is approved, subject to the provisions of 11 U.S.C. §330 and Rule 2016 of the Rules of Bankruptcy Procedure, and subject to further review upon the filing of a Motion to sell by the Debtor.

\* Execution of this Order approving employment is not a guarantee that payment will ultimately be approved in any amount from the estate. Such compensation is dependent on the consideration of a final application for fees. *In re Engel*, 124 F.3d 567 (3rd Cir. 1997).

Dated: November 13, 2019

By the Court,

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Bankruptcy Judge (RE)