UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DANIEL J. BAER aka | : | CHAPTER 13 |
| BAER'S BUSES, GROCERY & REPAIR | : | |
| aka DANIEL J. BAER, | : | |
| Debtor | : | CASE NO. :1-17-bk-00913HWV |
| | : | |
| CHARLES J. DEHART, III, TRUSTEE | : | |
| Objectant | : | |
| | : | |
| vs | : | |
| | : | |
| JOHANNA H. REHKAMP, | : | |
| Respondent | : | |

## WITHDRAWAL

AND NOW, this 14th day of January, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to the Application To Approve Employment of Consultant docketed at Entry #183 on September 17, 2019 be withdrawn as the Objection has been resolved.

Respectfully submitted,

Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA   17036
717-566-6097

BY:     /s/ James K. Jones
        James K. Jones
        Staff Attorney


## CERTIFICATION OF SERVICE

AND NOW, this 14th day of January, 2020, I, Amy S. Powell, hereby certify that I served a copy of the Withdrawal either electronically or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, first class mail, postage prepaid, addressed to the following:

Johanna H. Rehkamp, Esquire
2320 North Second Street
P.O. box 60457
Harrisburg, PA   17106
Email: jhr@cclawpc.com

          /s/ Amy S. Powell
          Amy S. Powell
          Paralegal to Charles J. DeHart, III
          Standing Chapter 13 Trustee