Certificate Number: 14912-PAM-DE-028916330

Bankruptcy Case Number: 17-00913


14912-PAM-DE-028916330

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 14, 2017, at 12:35 o'clock PM EDT, Daniel Baer completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  March 14, 2017               By:     /s/Jai Bhatt

                                    Name:   Jai Bhatt

                                    Title:  Counselor