```
                                    United States Bankruptcy Court
                                    Middle District of Pennsylvania
In re:                                                                         Case No. 17-00913-HWV
Daniel J Baer                                                                  Chapter 13
         Debtor                          CERTIFICATE OF NOTICE
District/off: 0314-1           User: AutoDocke                Page 1 of 3                  Date Rcvd: Feb 26, 2020
                               Form ID: 3180W                 Total Noticed: 74
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2020.
```
db              +Daniel J Baer,    14754 Ridge Road,    Waynesboro, PA 17268-9013
aty             +Padma Vaghela,    AIS Data Services,    1212 Corporate Drive,,    Suite 400,,
                  Irving, TX 75038-2704
cr              +Carrington Mortgage Services, LLC as servicer for,     1600 South Douglass Road,    Suite 200-A,
                  Anaheim, CA 92806-5951
cr             #+Fay Servicing, LLC,     3000 Kellway Dr,Ste 150,    Carrollton, TX 75006-3357
cr              +Wilmington Savings Fund Society, FSB, d/b/a Christ,     RAS CRANE, LLC,
                  10700 Abbott's Bridge Road,    Suite170,   Duluth, GA 30097-8458
cr              +c/o William F. Colby Select Associates, L.P.,     Barley Snyder, LLP,    50 N. Fifth Street,
                  P.O. Box 942,   Reading, PA 19603-0942
4894307         +B Equipment Inc.,    8422 Wayne Highway,    Waynesboro, PA 17268-9679
4894313         +BSI Financial Sevices,    314 S Franklin Street, 2nd Floor,    Titusville, PA 16354-2168
4894308         +Baer Sign Service,    5307 Wayne Road,    Chambersburg, PA 17202-9354
4922851         +Bank of America, N.A.,     P O Box 982284,    El Paso, TX 79998-2284
4894310         +Borough of Greencastle,    60 N Washington Street,    Greencastle, PA 17225-1230
4894311         +Brightbill Body Works,    2701 E Cumberland Street,    Lebanon, PA 17042-9206
4894312         +Bruce & Warren,    626 N Grand Street,    Waynesboro, PA 17268-8737
4940042        ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                (address filed with court: Columbia Gas of Pennsylvania,     PO Box 117,    Columbus , OH 43216)
4894314         +Carrington Mortgage Services,    P.O. Box 5001,    Westfield, IN 46074-5001
4938172         +Carrington Mortgage Services, LLC,     1600 South Douglass Road, Suite 150,
                  Anaheim, CA 92806-5951
4894315          Central Truck and Trailer,    91 W Maryland Parkway,    Hagerstown, MD 21740
4894317         +Columbia Gas,    P.O. Box 9004,    Renton, WA 98057-9004
4894319         +Commonwealth of Pennsylvania,    Department of Revenue,    P.O. Box 280432,
                  Harrisburg, PA 17128-0432
4894320         +Cumberland Valley Fueling,    122 Madison Avenue,    Waynesboro, PA 17268-1902
4894321         +Dave's Truck Repair Inc.,    3097 Molly Pitcher Highway,    Chambersburg, PA 17202-9204
4922683         +Fay Servicing,    440 S LaSalle St #2000,    Chicago, IL 60605-5011
4944011         +Fay Servicing, LLC,    Bankruptcy Department,    440 South LaSalle Street, Suite 2000,
                  Chicago , IL 60605-5011
4922686         +First National Bank of Mercersburg,     12 S. Main St,    Mercersburg, PA 17236-1516
4894323         +Franklin County Area Tax Bureau,    443 STanley Avenue,    Chambersburg, PA 17201-3628
4894324         +Franklin County Tax Claim Bureau,    2 N Main Street,    Chambersburg, PA 17201-1811
4894326         +Kelly Law Associates,    623 N Broad Street,    Lansdale, PA 19446-2316
4894327          Keystone Petroleum,    9814 W Trindle Road,    Mechanicsburg, PA 17055
4894329          McNees Wallace & Nurick, LLC,    100 Pine Street,    P.O. Box 1166,    Harrisburg, PA 17108-1166
4894330         +Newcomer Truck Parts Inc.,    6405 Nunnery Road,    Waynesboro, PA 17268-8619
4894332         +Penn Mar Oil Company,    122 Madison AVenue,    Waynesboro, PA 17268-1902
4916658         +RC Kelly Law Associates, LLC,    623 North Broad Street,    Lansdale , PA 19446-2316
4894333         +Select Associates assignee to BB&T,    899 S Chiques Road,    Manheim, PA 17545-9166
4894334         +Select Portfolio SVCG,    10401 DeerWood Park BV,    Jacksonville, FL 32256-5007
4894335         +Summit Physician,    c/o Peerless Credit Services Inc.,    P.O. Box 518,
                  Middletown, PA 17057-0518
4894336         +Tax Help Maryland,    8209 N Military,    #109,   West Palm Beach, FL 33410
4894337         +The Record Herald,    30 Walnut Street,    Waynesboro, PA 17268-1673
4894339         +William F. Colby,    50 North Fifth Street,    2nd Floor,    Reading, PA 19601-3417
4893789         +William F. Colby, Esquire,    Barley Snyder, LLP,    50 N. Fifth Street,    P.O. Box 942,
                  Reading, PA 19603-0942
5173164         +Wilmington Savings Fund Society,    RAS Crane, LLC,    10700 Abbott's Bridge Road,    Suite 170,
                  Duluth, GA 30097-8461
5050244         +Wilmington Savings Fund Society, FSB,    ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,
                  6409 Congress Ave,    Suite # 100,    Boca Raton Fl. 33487-2853
4894340         +Zip Self Storage,    Box 160,    Zullinger, PA 17272-0160
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Feb 26 2020 19:41:45     COMMONWEALTH OF PA  UCTS,
                  DEPARTMENT OF LABOR AND INDUSTRY,    COLLECTIONS SUPPORT UNIT,    651 BOAS STREET, ROOM 702,
                  HARRISBURG, PA 17121-0751
cr              +EDI: IRS.COM Feb 27 2020 00:23:00      Internal Revenue Service,
                  William S. Moorhead Federal Building,    1000 Liberty Avenue, Room 806,
                  Pittsburgh, PA 15222-4027
4912709          EDI: BECKLEE.COM Feb 27 2020 00:23:00      American Express Bank, FSB,    c/o Becket and Lee LLP,
                  PO Box 3001,    Malvern PA 19355-0701
4922677          EDI: BANKAMER.COM Feb 27 2020 00:23:00      Bank of America,    PO Box 982238,
                  El Paso, TX 79998
4894309          E-mail/Text: bankruptcy@bbandt.com Feb 26 2020 19:41:08      BB&T,    P.O. Box 819,
                  Wilson, NC 27894
4895833          E-mail/Text: bankruptcy@bbandt.com Feb 26 2020 19:41:08      BB&T Bankruptcy,    PO Box 1847,
                  Wilson NC 27894
4934747         +EDI: PRA.COM Feb 27 2020 00:23:00      Bureaus Investment Group Portfolio No 15 LLC,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
4922678         +EDI: CAPITALONE.COM Feb 27 2020 00:23:00      Capital One,    PO Box 30285,
                  Salt Lake City, UT 84130-0285
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4938172        +E-mail/Text: BKBCNMAIL@carringtonms.com Feb 26 2020 19:40:20
                 Carrington Mortgage Services, LLC,   1600 South Douglass Road, Suite 150,
                 Anaheim, CA 92806-5951
4894316        +E-mail/Text: bmg.bankruptcy@centurylink.com Feb 26 2020 19:41:24      CenturyLink,
                 P.O. Box 1319,   Charlotte, NC 28201-1319
4922679        +EDI: CHASE.COM Feb 27 2020 00:23:00       Chase Card,   PO Box 15298,   Wilmington, DE 19850-5298
4922680        +EDI: COMCASTCBLCENT Feb 27 2020 00:23:00       Comcast,   P.O. Box 3001,
                 Southeastern, PA 19398-3001
4894318        +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Feb 26 2020 19:41:45
                 Commonwealth of Pennsylvania,   Department of Labor & Industry,   651 Boas Street,
                 Harrisburg, PA 17121-0725
4897611        +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Feb 26 2020 19:41:45
                 Commonwealth of Pennsylvania,   Department of Labor and Industry,   Collections Support Unit,
                 651 Boas Street, Room 702,   Harrisburg, PA 17121-0751
4922681        +E-mail/Text: bdsupport@creditmanagementcompany.com Feb 26 2020 19:41:34
                 Credit Management Company,   2121 Noblestown Road,   Pittsburgh, PA 15205-3956
4922682         EDI: DISCOVER.COM Feb 27 2020 00:23:00       Discover Financial Services,   PO Box 15316,
                 Wilmington, DE 19850
4896301         EDI: DISCOVER.COM Feb 27 2020 00:23:00       Discover Bank,   Discover Products Inc,
                 PO Box 3025,   New Albany, OH  43054-3025
4894322        +E-mail/Text: bankruptcy@erieinsurance.com Feb 26 2020 19:41:42      Erie Insurance Company,
                 100 Erie Insurance Place,   Erie, PA 16530-0001
4894328        +E-mail/Text: support@ljross.com Feb 26 2020 19:41:09      LJ ross Associates,   Box 6099,
                 Jackson, MI 49204-6099
4922684        +EDI: MID8.COM Feb 27 2020 00:23:00       Midland Funding,   2365 Northside Drive, Suite 300,
                 San Diego, CA 92108-2709
4922687        +E-mail/Text: Bankruptcies@nragroup.com Feb 26 2020 19:41:47      National Recovery Agency,
                 2491 Paxton Street,   Harrisburg,PA 17111-1036
4905592         EDI: AGFINANCE.COM Feb 27 2020 00:23:00       ONEMAIN,   PO BOX 3251,
                 EVANSVILLE, IN. 47731-3251
4894331        +EDI: AGFINANCE.COM Feb 27 2020 00:23:00       One Main,   204 S Potomac Street,
                 Waynesboro, PA 17268-2622
4905668        +EDI: AGFINANCE.COM Feb 27 2020 00:23:00       OneMain Financial,   PO Box 3251,
                 Evansville, IN 47731-3251
4943993         EDI: PRA.COM Feb 27 2020 00:23:00       Portfolio Recovery Associates, LLC,   POB 12914,
                 Norfolk VA 23541
5001571         EDI: PRA.COM Feb 27 2020 00:23:00       Portfolio Recovery Associates, LLC,   POB 41067,
                 Norfolk, VA 23541
5001572         EDI: PRA.COM Feb 27 2020 00:23:00       Portfolio Recovery Associates, LLC,   POB 41067,
                 Norfolk, VA 23541,   Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk, VA 23541
4893964        +EDI: PRA.COM Feb 27 2020 00:23:00       PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
4902668         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 26 2020 19:41:18
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
4942438        +E-mail/Text: bmg.bankruptcy@centurylink.com Feb 26 2020 19:41:24
                 The United Telephone Company of Pennsylvania, LLC,   CenturyLink Bankruptcy,   359 Bert Kouns,
                 Shreveport, LA 71106-8124
4922685        +E-mail/Text: bkrpt21@maxprofitsys.com Feb 26 2020 19:41:19      Valley Credit Services,
                 12907 Oak Hill Ave # 3,   Hagerstown, MD 21742-2926
4894338        +E-mail/Text: bankruptcy@firstenergycorp.com Feb 26 2020 19:41:22      West Penn Power,
                 P.O. Box 3615,   Akron, OH 44309-3615
4929279        +E-mail/Text: bankruptcy@firstenergycorp.com Feb 26 2020 19:41:22      West Penn Power,
                 5001 NASA Blvd,   Fairmont WV 26554-8248
                                                                                                TOTAL: 33

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Onemain Financial,   PO Box 3251,   Evansville, IN 47731-3251
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
cr*            +Wilmington Savings Fund Society, FSB,,   Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Ave.suite # 100,   Boca Raton, FL 33487-2853
4894325*        Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
4939869       ##+Select Associates, LP,   1000 North Prince Street,   Lancaster, PA 17603-2736
                                                                                   TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2020                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2020 at the address(es) listed below:

        Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
        D Brian Simpson     on behalf of Creditor    Internal Revenue Service d.brian.simpson@usdoj.gov, jennifer.sbert@usdoj.gov
        James Warmbrodt     on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not Individually but as Trustee for Ventures Trust 2013-I-H-R, A Delaware Trust bkgroup@kmllawgroup.com
        Johanna Hill Rehkamp     on behalf of Debtor 1 Daniel J Baer jhr@cclawpc.com, jlaughman@cclawpc.com;jbartley@cclawpc.com
        Joseph P Schalk     on behalf of Creditor c/o William F. Colby    Select Associates, L.P. jschalk@barley.com, sromig@barley.com
        Kevin Buttery     on behalf of Creditor    Wilmington Savings Fund Society, FSB, kbuttery@rascrane.com
        Kevin S Frankel     on behalf of Creditor    Carrington Mortgage Services, LLC as servicer for Wells Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust, Series 2007-RFC1, Asset-Backed Pass-Through Certificates pa-bk@logs.com
        Kristen D Little     on behalf of Creditor    Carrington Mortgage Services, LLC as servicer for Wells Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust, Series 2007-RFC1, Asset-Backed Pass-Through Certificates pabk@logs.com
        Lauren Berschler Karl     on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust lkarl@rascrane.com, lbkarl03@yahoo.com
        Lauren Berschler Karl     on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not Individually but as Trustee for Ventures Trust 2013-I-H-R, A Delaware Trust lkarl@rascrane.com, lbkarl03@yahoo.com
        Robert E Chernicoff     on behalf of Debtor 1 Daniel J Baer rec@cclawpc.com, jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
        William F. Colby, Jr.     on behalf of Creditor c/o William F. Colby    Select Associates, L.P. wcolby@barley.com, kneumann@barley.com

                                                                                              TOTAL: 13

| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | Daniel J Baer | | Social Security number or ITIN | xxx–xx–4779 |
| | First Name  Middle Name  Last Name | | EIN | 23–2992354 |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | | Social Security number or ITIN EIN | ____  __-_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | | | |
| Case number: | 1:17–bk–00913–HWV | | | |

# Order of Discharge  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Daniel J Baer
aka Baer's Buses, Grocery & Repair, aka Daniel J Baer

**By the court:**  *Henry W. Van Eck*

2/26/20

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: RyanEshelman, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**