Check No. 1225521

Voucher manifest below. Please save the following pages for your records.

Pay to: CLERK U.S. BANKRUPTCY COURT

***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 15-04964-RNO | 021-0 | LISA D. MECKLEY<br>Original Check written to:<br>PASI<br>FOR CLINTON HOSPITAL CORPORATION<br>P.O. BOX 188<br>BRENTWOOD, TN 37024- | 4302 | 405.27 | 117.17 | 0.00 | 117.17 |
| 15-05135-HWV | 009-0 | RONALD A. FIMIANI<br>Original Check written to:<br>AFC FIRST<br>4501 NORTH POINT PARKWAY<br>SUITE 300<br>ALPHARETTA, GA 30022-2412 | | 1,581.08 | 113.87 | 0.00 | 113.87 |
| 16-00513-RNO | 016-0 | JOHN RALPH PASSARO<br>Original Check written to:<br>NEWTON MEDICAL CENTER<br>C/O CCCB<br>P.O. BOX 336<br>RARITAN, NJ 08869-0336 | 1681 | 0.00 | 135.00 | 0.00 | 135.00 |
| 16-02493-HWV | 011-0 | HOWARD CARNELL PEACE, III<br>Original Check written to:<br>DEPARTMENT OF EDUCATION/DMCS<br>PO BOX 105028<br>ATLANTA, GA 30348-5028 | 6446 | 13,696.00 | 276.69 | 0.00 | 276.69 |
| 17-00913-HWV | 999-0 | DANIEL J BAER<br>Original Check written to:<br>DANIEL J BAER<br>14754 RIDGE ROAD<br>WAYNESBORO, PA 17268- | | 0.00 | 721.18 | 0.00 | 721.18 |
| 17-01564-RNO | 999-0 | THOMAS R. DAWS<br>Original Check written to:<br>THOMAS R. DAWS and MARIA C. DAWS<br>167 CRANBERRY RIDGE<br>MILFORD, PA 18337 | | 0.00 | 7.24 | 0.00 | 7.24 |