United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>Daniel J Baer<br>    Debtor | Case No. 17-00913-HWV<br>Chapter 13 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Mar 16, 2021 | Form ID: fnldec | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Daniel J Baer, 14754 Ridge Road, Waynesboro, PA 17268-9013 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| D Brian Simpson | on behalf of Creditor Internal Revenue Service d.brian.simpson@usdoj.gov Bethany.a.haase@usdoj.gov |
| James Warmbrodt | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not Individually but as Trustee for Ventures Trust 2013-I-H-R, A Delaware Trust bkgroup@kmllawgroup.com |
| Johanna Hill Rehkamp | on behalf of Debtor 1 Daniel J Baer jhr@cclawpc.com jlaughman@cclawpc.com;jbartley@cclawpc.com |
| Joseph P Schalk | on behalf of Creditor c/o William F. Colby Select Associates L.P. joseph.schalk@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov |
| Kevin Buttery | |

on behalf of Creditor Wilmington Savings Fund Society  FSB, kbuttery@rascrane.com

Kevin S Frankel

on behalf of Creditor Carrington Mortgage Services  LLC as servicer for Wells Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust, Series 2007-RFC1, Asset-Backed Pass-Through Certificates pa-bk@logs.com

Kristen D Little

on behalf of Creditor Carrington Mortgage Services  LLC as servicer for Wells Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust, Series 2007-RFC1, Asset-Backed Pass-Through Certificates pabk@logs.com, klittle@logs.com;logsecf@logs.com

Lauren Berschler Karl

on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not Individually but as Trustee for Ventures Trust 2013-I-H-R, A Delaware Trust lkarl@rascrane.com, lbkarl03@yahoo.com

Lauren Berschler Karl

on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust lkarl@rascrane.com, lbkarl03@yahoo.com

Robert E Chernicoff

on behalf of Debtor 1 Daniel J Baer rec@cclawpc.com  jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

William F. Colby, Jr.

on behalf of Creditor c/o William F. Colby Select Associates  L.P. wcolby@barley.com, kneumann@barley.com

TOTAL: 13

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Daniel J Baer,<br>aka Baer's Buses, Grocery & Repair, aka Daniel J Baer, | Chapter 13 |
| **Debtor 1** | Case No. 1:17−bk−00913−HWV |

Social Security No.:
    xxx−xx−4779

Employer's Tax I.D. No.:
    23−2992354

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

    **Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: March 16, 2021

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: RyanEshelman, Deputy Clerk

**fnldec** (10/20)